No. 11–10351.  PIPKIN *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–10353.  AMARO *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–10357.  CHAVEZ-CUEVAS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 11–10361.  MYERS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–10364.  TORRES-LARANEGA *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 11–10365.  JOHNSON *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 11–10374.  LACSON *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 11–10375.  MALDONADO-TORRES *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–10378.  BRYANT *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 11–10380.  CANADA *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 11–10381.  CARMICHAEL *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–10382.  COULTER *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 11–10383.  DEVO *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 11–10385.  SOUTHERLAND *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–10387.  KOUFOS *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 11–10388.  OLIVO *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.